**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Wilbur MERIDA–SIMOTA, a.k.a. Wilber Merida–Simota,**
Defendant–Appellant.

No. 06–10561.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 16, 2007.

Monte C. Clausen, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Randolfo V. Lopez, Tucson, AZ, for Defendant–Appellant.

Wilbur Merida–Simota, Florence, AZ, pro se.

Before: CANBY, TROTT and FISHER, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's opening brief, appellee's unopposed motion for summary disposition is granted because appellant raised no substantial issue as to the reasonableness of his sentence, or the denial of downward departure for cultural assimilation, that requires further argument. *See United States v. Cantrell,* 433 F.3d 1269, 1278–79 (9th Cir. 2006) (after *Booker,* the court reviews appellant's sentence for reasonableness and reviews the district court's application of the Sentencing Guidelines for abuse of discretion); *United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, we summarily affirm the district court's judgment and sentence.

**AFFIRMED.**